IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BETTER BAGS, INC. | § § | Civil Action No. 4:11-cv-01516 |
| Plaintiff-Counter Defendant, | § § | |
| v. | § § | HONORABLE JUDGE SIM LAKE |
| ILLINOIS TOOL WORKS INC., | § § | |
| Defendant-Counter Plaintiff | § § | |
| FANTAPAK INTERNATIONAL CORP., | § § | JURY TRIAL DEMANDED |
| Counter Plaintiff. | § § | |

**ORDER DENYING NANTONG CHANGRONG PLASTICS CO., LTD., NANTONG YONGYU PLASTICS CO., LTD., AND DEXIN LIU'S MOTION TO QUASH SUBPOENA DUCES TECUM AND MOTION TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION**

**THIS MATTER** having come before this Court, upon Nantong Changrong Plastics Co., Ltd., Nantong Yongyu Plastics Co., Ltd., and Dexin Liu's Motion to Quash Subpoena Duces Tecum and Motion to Quash Subpoena to Testify at a Deposition, the Court having been advised in the premises, it is:

**HEREBY ORDERED** that said Motions to Quash are **DENIED**.

Nantong Changrong Plastics Co., Ltd., Nantong Yongyu Plastics Co., Ltd., and Dexin Liu's shall fully and completely respond to the Subpoenas Duces Tecums and produce all responsive documents and information to Illinois Tool Works, Inc.'s counsel in Houston, Texas, by no later than May 14, 2012. Nantong Changrong Plastics Co., Ltd., Nantong Yongyu Plastics Co., Ltd., and Dexin Liu's shall also make themselves available for deposition subject to the Subpoenas to Testify at a Deposition by no later than May 28, 2012, in Houston, Texas.

SO ORDERED at Houston, Texas, on this 8th day of May 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE

1